# Notice Recipients

District/Off: 0416–0  User: larter  Date Created: 6/18/2009
Case: 09–21029  Form ID: B9A  Total: 43

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Shiaw Feng Liang | 28 Nina Court    Gaithersburg, MD 20877 |
| tr | Gary A. Rosen | One Church Street    Suite 802    Rockville, MD 20850 |
| aty | Alan S. Kerxton | 25 W. Middle Ln.    Rockville, MD 20850 |
| 25275358 | ATTUniversal Card | Universal Card Services, Inc.    P.O. Box 44167    Jacksonville, FL 32231–4167 |
| 25275352 | Academy Collection Service | 10965 Decator Road    Philadelphia, PA 19154 |
| 25275353 | Advanta | P. O. Box 30715    Salt Lake City, UT 84130–0715 |
| 25275354 | American Express | P.O. Box 6618    Omaha, NE 68105–0618 |
| 25275355 | American Express Blue | P.O. Box 7863    Fort Lauderdale, FL 33329–7863 |
| 25275356 | Asset Acceptance LLC | P.O. Box 2039    Warren, MI 48090–2039 |
| 25275357 | Asset Acceptance LLC | P.O. Box 740640    Atlanta, GA 30374 |
| 25275359 | Capital Management Services, LP | 726 Exchange Street    Suite 700    Buffalo, NY 14210 |
| 25275360 | Chase | P. O. Box 15298    Wilmington, DE 19850–5298 |
| 25275361 | Chase (Bank One) | P. O. Box 15298    Wilmington, DE 19850–5298 |
| 25275362 | CitiBank | c/o Stuart R. Blatt, Esquire    110 West Road    Suite 222    Towson, MD 21204 |
| 25275363 | CitiBank/LVNV Funding LLC | c/o Central Credit Services, Inc.    P.O. Box 15118    Jacksonville, FL 32239–5118 |
| 25275364 | CitiCards | 701 East 60th Street, North    P.O. Box 6077    Sioux Falls, SD 57117–6077 |
| 25275393 | Comptroller of the Treasury | Compliance Division, Room 409    301 W. Preston Street    Baltimore, MD 21201 |
| 25275365 | Costco Wholesale/American Express | 2965 W. Corporate Lakes Blvd    Weston, FL 33331–3626 |
| 25275366 | Discover | c/o Wolpoff &Abramson    Two Irvington Centre    702 King Farm Blvd    Rockville, MD 20850 |
| 25275367 | Federal Financial Corporation of America | 30955 Northwestern Highway    Farmington, MI 48334 |
| 25275368 | Federated Financial Corp. of America | 30955 Northwestern Hwy    Farmington, MI 48334 |
| 25275369 | Financial Asset Management Systems | 1967 Lakeside Parkway    Suite 405    Tucker, GA 30084 |
| 25275370 | Financial Recovery Services, Inc. | P.O. Box 385908    Minneapolis, MN 55438 |
| 25275371 | HSBC Bank Nevada/Household Bank | c/o Wolpoff &Abramson, LLP    702 King Farm Blvd    Two Irvington Centre    Rockville, MD 20850 |
| 25275372 | Hudson &Keyse, LLC | 382 Blackbrook Road    Painesville, OH 44077 |
| 25275373 | Jeffrey Lippman, Esquire | Weinstock, Friedman &Friedman    4 Reservoir Circle    Pikesville, MD 21208 |
| 25275374 | M.R.S. Associates, Inc. | 3 Executive Campus, Suite 400    Cherry Hill, NJ 08002 |
| 25275375 | Mann Bracken, LLC | One Paces West    2727 Paces Ferry Road    Suite 1400    Atlanta, GA 30339 |
| 25275376 | National City Visa | One National City Parkway    Kalamazoo, MI 49009 |
| 25275377 | Nationwide Credit, Inc. | 2015 Vaughn Road, NW    Suite 400    Kennesaw, GA 30144 |
| 25275378 | Nelson, Watson &Associates, LLC | 80 Merrimack Street    Haverhill, MA 01830 |
| 25275379 | Nordstrom FSB | P.O. Box 79134    Phoenix, AZ 85062–9134 |
| 25275380 | Northumberland County, Virginia | P.O. Box 297    Heathsville, VA 22473–0297 |
| 25275381 | Phillips &Cohen Associates, Ltd. | 258 Chapman Road    Suite 205    Newark, DE 19702 |
| 25275382 | Resolution Financial Services | 4337 Montgomery Avenue    Bethesda, MD 20814 |
| 25275383 | Resolution Financial Services Corp | 4337 Montgomery Avenue    Bethesda, MD 20814 |
| 25275384 | Sears Gold Mastercard/CitiBank | P.O. Box 182156    Columbus, OH 43218–2156 |
| 25275394 | State of Maryland DLLR | Division of Unemployment Insurance    1100 N. Eutaw Street, Room 401    Baltimore, MD 21201 |
| 25275392 | Taxing Authority of Montgomery County | Division of Treasury    255 Rockville Pike, Ste. L–15    Rockville, MD 20850 |
| 25275385 | Tritium Card Services | P.O. Box 7339    Garden City, NY 11530 |
| 25275386 | Union Plus Credit Card | P.O. Box 80027    Salinas, CA 93912–0027 |
| 25275387 | Valentine &Kebartas, Inc. | P.O. Box 5804    Troy, MI 48007–5804 |
| 25275388 | Wolpoff &Abramson, L.L.P. | Two Irvington Centre    702 King Farm Blvd.    Rockville, MD 20850–5735 |

TOTAL: 43